UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PATRICIA COTTERMAN-HENSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:09-CV-533 |
| ) | (PHILLIPS/SHIRLEY) |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case is before the undersigned on the Defendant's Motion to Reopen Case Subsequent to Remand [Doc. 17], filed on January 31, 2013. See 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b). The motion requests that the Court reopen this matter for further proceedings on the merits and issue a scheduling order for briefing on the merits. The motion states that on March 11, 2011, the Court remanded the case for further administrative proceedings with the Social Security Administration. Upon remand, the ALJ issued a partially favorable decision. The ALJ found that the Plaintiff was not entitled to a period of disability up through March 31, 2009, the date last insured, and to disability insurance benefits, but the Plaintiff has been disabled since March 30, 2010, for purposes of receiving Supplemental Security Income. In addition, the motion asserts that the Defendant filed a Notice of Manual Filing of the Administrative Record [Doc. 18].

Pursuant to Local Rule 9.1(d), whenever a Social Security case is remanded by the Court, the United States Attorney "shall file a report informing the Court of the agency action taken on

1

remand and the final agency decision that resulted therefrom." Furthermore, the Rule states that "if the agency decision is fully favorable to the plaintiff, the Court shall then reopen the case and enter a final judgment for the plaintiff." However, if there are any issues still in controversy, "the case shall be reopened for further proceedings on the merits, and a new briefing schedule issued by the Clerk." E.D. Tenn. L.R. 9.1(d).

In the present matter, the Plaintiff was denied disability insurance benefits but awarded Supplemental Security Income. Therefore, there are still issues that remain in controversy. Accordingly, the Court finds that the Defendant's Motion to Reopen Case Subsequent to Remand [**Doc. 17**] is well-taken and is **GRANTED**. The Clerk **SHALL** issue a new briefing schedule.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge